RECEIVED
NOV - 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

08cv232

| | |
|---|---|
| MARK SAVOY | CIVIL ACTION NO. 08-232 |
| VS. | JUDGE MELANÇON |
| ST. LANDRY PARISH COUNCIL, ET AL. | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Motions to Dismiss [rec. docs. 30 and 41] be **GRANTED** and that the suit filed against the "City of Eunice Jail" be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 3rd day of November, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE